```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

BLUE SKY CBD LLC,

                Defendant.

20-CV-3968 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 13, 2020, Plaintiff filed an affidavit of service stating that Defendant was served on June 12, 2020. Defendant's answer was due on July 6, 2020. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by August 28, 2020. If Defendant fails to do so, and Plaintiff intends to move for default judgment, it shall do so by September 11, 2020.

      Plaintiff shall serve a copy of this Order on Defendant by August 14, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    August 7, 2020
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge