UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and
all others similarly situated,
    Plaintiff,

v.                                                                                             CASE NO.: 1:20-cv-3968
BLUE SKY CBD LLC

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 26, 2020                                       Respectfully Submitted,

                                                                            /s/David Paul Force
SO ORDERED.                                     David Paul Force Esq.
                                                              **Stein Saks, PLLC**
                                                              285 Passaic Street
                                                              Hackensack, NJ 07601
Hon. Ronnie Abrams                    dforce@steinsakslegal.com
8/27/2020                                                      Tel. 201-282-6500
                                                              Fax 201-282-6501
                                                              *Attorneys for Plaintiff*

**Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 26th day of August, 2020             Respectfully Submitted,

                                                           */s/ David Paul Force*
                                                           David Paul Force